Juan ESQUIVEL-QUINTANA,
Petitioner,

v.

Jefferson B. SESSIONS, III, Attorney
General, Respondent.

No. 15-3101

United States Court of Appeals,
Sixth Circuit.

Filed August 29, 2017

Michael Hugh Carlin, Law Office, Ann Arbor, MI, for Petitioner

Yedidya Cohen, Patrick James Glen, Anthony Cardozo Payne, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent

Sejal Zota, Boston, MA, for Amici Curiae National Immigration Project of the National Lawyers Guild, Asista Immigration Assistance, Immigrant Legal Resource Center, Michigan Immigrant Rights

Brian J. Murray, Charles G. Roth, Jones Day, Chicago, IL, Rajeev Muttreja, Jones Day, New York, NY, for Amicus Curiae National Immigrant Justice Center

Before: BOGGS, SUTTON, and COOK, Circuit Judges.

ORDER

BOGGS, Circuit Judge.

In light of the Supreme Court's decision in *Esquivel-Quintana v. Sessions*, —— U.S. ——, 137 S.Ct. 1562, 1573, 198 L.Ed.2d 22

(2017), we hereby VACATE the Order of the Board of Immigration Appeals dated January 9, 2015, and REMAND for further proceedings consistent with the opinion of the Supreme Court.